■ In the Matter of GRAYLON K. WILLIAMS, Respondent, v MERIAH L. WILLIAMS, Appellant. [982 NYS2d 807]—Appeal from an order of the Family Court, Lewis County (Donald E. Todd, A.J.), entered December 18, 2012 in a proceeding pursuant to Family Court Act article 6. The order, among other things, awarded petitioner physical custody of the parties' son, with authority to relocate to Texas.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs. Present—Smith, J.P., Fahey, Lindley, Sconiers and Valentino, JJ.

■ In the Matter of PHILIP J. ROCHE, Public Defender, County of Steuben, Appellant, v BROOKS T. BAKER, District Attorney, County of Steuben, Respondent. [982 NYS2d 425]—Appeal from an order of the Steuben County Court (Peter C. Bradstreet, J.), entered January 10, 2013. The order denied the application of petitioner to quash a subpoena duces tecum.

Now, upon reading and filing the stipulation of discontinuance signed by petitioner-appellant on December 19, 2013, by respondent-respondent on December 18, 2013 and by the attorney for petitioner-appellant on December 17, 2013,

It is hereby ordered that said appeal is unanimously dismissed without costs upon stipulation. Present—Smith, J.P., Fahey, Lindley, Sconiers and Valentino, JJ.